IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06- 14 |
| ) | |
| WILLIAM LOVE, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: *(signature)*
 for Edmond Falgowski
First Assistant United States Attorney

Dated: February 7, 2006

AND NOW, to wit, this 7th day of Feb, 2006, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed.

FILED
FEB 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*(signature)*
~~Honorable Mary Pat Thynge~~
~~United States Magistrate Judge~~
Gregory M. Sleet
U.S. Dist Judge