IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06- 14- UNA |
| ) | |
| WILLIAM LOVE, ) | |
| Defendant. ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

On or about November 26, 2004, in the District of Delaware, William Love, defendant herein, did knowingly possess with the intent to distribute a substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### Count II

On or about November 26, 2004, in the District of Delaware, William Love, defendant herein, did knowingly and intentionally use a communication facility, to wit, a telephone with the telephone no. 302-521-9204, to facilitate the commission of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 843(b).

A TRUE BILL:

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant United States Attorney

Dated: 2/7/06

FILED
FEB 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE