IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 14 |
| | ) | |
| WILLIAM LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, WILLIAM LOVE, as a result of the Indictment returned against him on February 7, 2006.

COLM F. CONNOLLY
United States Attorney

By: *[signature]*
Richard G. Andrews
First Assistant United States Attorney

Dated: 2/7/06

AND NOW, this 7th day of Feb, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of WILLIAM LOVE.

*[signature]*
Honorable Mary Pat Thynge
United States Magistrate Judge

Gregory M. Sleet
U.S. Dist. Judge

FILED
FEB 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE