*FILED IN OPEN COURT*
*2/10/06 KJK*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　　　Plaintiff,　　　) | |
| 　v.　　　　　　　　　　　　　) | Criminal Action No.  06-14 |
| 　　　　　　　　　　　　　　　) | |
| WILLIAM LOVE,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　　　　　　Defendant.　　　) | |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant William Love has been arrested.

**F I L E D**

**FEB 1 0 2006**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: February 10, 2006

**AND NOW,** this ___10___ day of ___February___, 2006, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

Honorable Mary Pat Thynge
United States Magistrate Judge