FILED IN OPEN COURT
2/10/06 KJK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-14 |
| WILLIAM LOVE, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    _____  Crime of violence (18 U.S.C. § 3156)

    _____  Maximum sentence life imprisonment or death

    \_\_X\_\_\_  10+ year drug offense

    _____  Felony, with two prior convictions in above categories

    \_\_X\_\_\_  Serious risk defendant will flee

    _____  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    \_\_X\_\_  Defendant's appearance as required

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    __X__    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    __x__    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3)

DATED this __10th__ day of __February__, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _Richard G. Andrews_
Richard G. Andrews
First Assistant U. S. Attorney