AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

WILLIAM LOVE

**WARRANT FOR ARREST**

Case Number:  CR 06-14-UNA



~~SEALED~~ UNSEALED 2/10/06 KJK

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ WILLIAM LOVE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN - ( COUNT I );
USE OF A TELEPHONE TO FACILITATE THE COMMISSION OF POSSESSION WITH THE INTENT TO
DISTRIBUTE HEROIN - ( COUNT II )

in violation of Title ____21____ United States Code, Section(s) ____841(a)(1) and ( b)(1)(C)____

PETER T. DALLEO                           BY: _[signature]_ ; Deputy Clerk
Name of Issuing Officer                   Signature of Issuing Officer

CLERK OF COURT                            FEBRUARY 7, 2006 AT WILMINGTON, DE
Title of Issuing Officer                  Date and Location

FILED
FEB 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| LANDERS LANE - GLENN AVE  New Castle DE |

| DATE RECEIVED 2-7-2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-9-2006 | Michael Machak, S/A (DEA) | _[signature]_ |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____