

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 N. Orange Street, Suite 700*   (302) 573-6277
*P.O. Box 2046*                       *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

FILED UNDER SEAL
UNSEALED 2/10/06
KJK

February 9, 2006

<u>*Hand Delivered*</u>

Honorable Mary Pat Thynge
United States Magistrate Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware  19801

    Re:  <u>**United States v. William Love**</u>
          <u>**Criminal Action No. 06-14**</u>

Dear Judge Thynge:

    This letter is to advise that the Defendant was arrested today, and, with his agreement, and your consent, will be brought in for his initial appearance tomorrow, February 10, 2006.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                               By: *[signature: Richard G. Andrews]*
                                        Richard G. Andrews
                                        First Assistant United States Attorney

FILED
FEB 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE