IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-14 |
| | ) | |
| WILLIAM LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

To:  Clerk, U.S. District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

Please withdraw the appearance of R. Kerry Kalmbach, Esquire and enter the appearance of Charles E. Butler, Esquire for the defendant, William Love, in the above-captioned matter.

March __1__, 2006

CHARLES E. BUTLER
1224 North King Street
Wilmington, Delaware  19801
(302) 655-4100

March _____, 2006

R. KERRY KALMBACH
Law Office of R. Kerry Kalmbach
109 West Linden Street
Kennett Square, PA  19348
(610) 444-3901

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 06-14 |
| WILLIAM LOVE, | ) |
| Defendant. | ) |

### SUBSTITUTION OF COUNSEL

To:   Clerk, U.S. District Court
      District of Delaware
      844 North King Street, Room 4209
      Lock Box 18
      Wilmington, DE 19801

Please withdraw the appearance of R. Kerry Kalmbach, Esquire and enter the appearance of Charles E. Butler, Esquire for the defendant, William Love, in the above-captioned matter.

March __1__, 2006

_____
CHARLES E. BUTLER
1224 North King Street
Wilmington, Delaware 19801
(302) 655-4100

March __2__, 2006

_____
R. KERRY KALMBACH
Law Office of R. Kerry Kalmbach
109 West Linden Street
Kennett Square, PA 19348
(610) 444-3901

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-14 |
| | ) | |
| WILLIAM LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on March 1, 2006, I served a copy of the foregoing Substitution of Counsel via facsimile and by First Class U.S. Mail, postage prepaid to:

R. Kerry Kalmbach, Esquire
Law Office of R. Kerry Kalmbach
109 West Linden Street
Kennett Square, PA 19348
Fax: (610) 444-4132

_____
CHARLES E. BUTLER