IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No.  06-14-JJF |
| WILLIAM LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO UNSEAL SENTENCING
### HEARING AND JUDGMENT OF CONVICTION

Now comes the United States, and respectfully states as follows:

1.    The Court held a sentencing hearing in the above on September 13, 2006.

2.    The Clerk's Office has recently advised the undersigned that the sentencing hearing is being treated as though it were under seal.

3.    Neither counsel for the Government (AUSA Shannon T. Hanson) nor for the Defendant (Charles E. Butler, Esquire) remembers the Court sealing the hearing.

4.    Neither counsel objects to the unsealing of the hearing.  Defense counsel does not object to this Motion.

WHEREFORE, the United States respectfully requests that the Court unseal the hearing (to the extent that it was sealed), and order that any judgment of conviction be publicly available.

COLM F. CONNOLLY
United States Attorney

Dated: 10/12/06

By: _Richard G. Andrews_
Richard G. Andrews
First Assistant United States Attorney

**IT IS SO ORDERED this _____ day of October, 2006.**

_____
HONORABLE JOSEPH J. FARNAN, Jr.
United States District Court

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          Criminal Action No.  06-14-JJF
                                  )
WILLIAM LOVE                      )


I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on

October 12, 2006, I filed the foregoing:

### MOTION TO UNSEAL SENTENCING
### HEARING AND JUDGMENT OF CONVICTION

by causing two copies of said document to be hand delivered to counsel of record as follows:


CHARLES E. BUTLER, ESQUIRE
1224 North King Street
Wilmington, Delaware 19801



*Sharon L. Bernardo*