IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-14-JJF |
| WILLIAM LOVE, | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorney, Richard G. Andrews, First Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Indictment pursuant to the Memorandum of Plea Agreement dated May 9, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: September 13, 2006

SO ORDERED this __13__ day of __September__, 2006.

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court