IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Action No. 06-14-JJF |
| WILLIAM LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO UNSEAL SENTENCING**
**HEARING AND JUDGMENT OF CONVICTION**

Now comes the United States, and respectfully states as follows:

1. The Court held a sentencing hearing in the above on September 13, 2006.

2. The Clerk's Office has recently advised the undersigned that the sentencing hearing is being treated as though it were under seal.

3. Neither counsel for the Government (AUSA Shannon T. Hanson) nor for the Defendant (Charles E. Butler, Esquire) remembers the Court sealing the hearing.

4. Neither counsel objects to the unsealing of the hearing. Defense counsel does not object to this Motion.

WHEREFORE, the United States respectfully requests that the Court unseal the hearing (to the extent that it was sealed), and order that any judgment of conviction be publicly available.

COLM F. CONNOLLY
United States Attorney

Dated: 10/12/06

By: _____
Richard G. Andrews
First Assistant United States Attorney

FILED
OCT 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IT IS SO ORDERED this 13 day of October, 2006.

_____
HONORABLE JOSEPH J. FARNAN, Jr.
United States District Court