PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:06CR00014-001 JJF |
| | ) |
| William Love | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of William Love, who was placed on supervision by the Honorable Joseph J. Farnan, Jr., sitting in the court at Wilmington on the 13th day of September 2006 who fixed the period of supervision at four years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction of the probation officer.
2. The defendant shall participate in a vocational training and/or GED program.

It is further ordered that the defendant pay to the United States a special assessment of $100, which shall be due immediately.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of William Love so that he can be brought before the Court to answer the charges of violating the conditions of her supervised release

ORDER OF COURT

Considered and ordered this 28 day of August, 2007.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place    Wilmington, Delaware

Date    August 1, 2007

PETITION/Love
Page 2

<u>Mandatory Condition:</u>     "The defendant shall refrain from any use of a controlled substance."

<u>Evidence:</u> Mr. Love submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | Scientific Testing Laboratories Specimen No. | Drug |
| --- | --- | --- |
| 09/29/2006 | C00367475 | Cocaine |
| 10/19/2006 | C00515816 | Cocaine |
| 03/22/2007 | C00451077 | Codeine, Hydromphone and Morphine |
| 04/03/2007 | C00451084 | Cocaine, Codeine, and Morphine |
| 04/11/2007 | C00773727 | Morphine |
| 07/25/2007 | C00451192 | Cocaine and Morphine |

On June 5, 2007, Mr. Love reported, advising that he relapsed. He asked for assistance with his addiction and requested going to detox. He stated that he used heroin over a period of several days, prior to speaking with this officer. On July 25, 2007, during an Administrative Hearing, Mr. Love admitted to this officer, and Deputy Chief United States Probation Officer, John G. Selvaggi, that he had used heroin. Mr. Love denied any cocaine usage.

<u>Special Condition:</u>     "The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction and discretion of the probation officer."

<u>Evidence:</u> Mr. Love missed drug testing at SODAT, on December 4, 2006; February 7, 2007; March 19, 2007; March 30, 2007; April 4, 2007; April 25, 2007; May 22, 2007; May 31, 2007; July 16, 2007.

<u>Evidence:</u> Mr. Love missed the following appointments for individual counseling at SODAT: April 26, 2007; May 24, 2007: July 23, 2007.