# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-14-JJF |
| | ) | |
| WILLIAM LOVE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Richard Andrews as attorney of record for the United States, and enter the appearance of Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


BY: /s/ Lesley F. Wolf
     Lesley F. Wolf
     Assistant United States Attorney
     Nemours Building, Suite 700
     1007 Orange Street
     P.O. Box 2046
     Wilmington, DE 19899-2046
     302-573-6277, x106
     lesley.wolf@usdoj.gov

Dated: September 18, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-14-JJF |
| ) | |
| WILLIAM LOVE, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby certify that on the 18th day of September 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

        Charles E. Butler, Esq.
        1224 North King Street
        Wilmington, DE 19801


        /s/ Lesley F. Wolf
        Lesley F. Wolf
        Assistant United States Attorney