AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

District of     DELAWARE

UNITED STATES OF AMERICA

V.

WILLIAM LOVE

**WARRANT FOR ARREST**

Case Number: CR 06-14-JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     WILLIAM LOVE
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition **X** Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

| PETER T. DALLEO | By: [signature] Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | SEPTEMBER 14, 2007 at WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

16 TAMARACK ST, Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-14-07 | William David, DUSM | [signature] |
| DATE OF ARREST | | |
| 9-28-07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____